**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GOVERNMENT EMPLOYEES INSURANCE CO., et al.

CASE NUMBER
   1:25−cv−25241−BB

        PLAINTIFF(S)

         v.

MILLENIUM MEDICAL GROUP, CORP., et al.,

        **DEFAULT BY CLERK F.R.Civ.P.55(a)**

        DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**MICHEL BORMEY GARCIA, M.D**
**LENSKY J. HERNANDEZ SANTIAGO, L.M.T.**
**PEDRO HERRERA VILLAFRANCA**

as of course, on the date December 11, 2025.

        **Angela E. Noble**
        CLERK OF COURT

        By  _/s/ Ketly Pierre_
        Deputy Clerk

cc:  Judge Beth Bloom
     Government Employees Insurance Co.

CV−37 (10/01)