**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:25-cv-25241-BB**

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

      Plaintiffs,

   -v-

MILLENIUM MEDICAL GROUP, CORP., DAMARYS
SUAREZ a/k/a DAMARYS QUIRIELLO, MICHEL
BORMEY GARCIA, M.D., SPINE & SPORT REHAB, INC.,
GIOVANNI RODRIGUEZ, ROY CHRISTY MUSOFF, M.D.,
VIDA MEDICAL REHAB CORP., PEDRO HERRERA
VILLAFRANCA, L.M.T., NESTOR FERNANDEZ, M.D.,
ACE MEDICAL & REHAB CENTER INC., YANIRMA
TOLEDO, LENSKY J. HERNANDEZ SANTIAGO, L.M.T.,
and NORINE DEL CARMEN ROSADO, M.D.,

      Defendants.

_____/

### **PLAINTIFFS' MOTION FOR CLERK'S ENTRY OF DEFAULT**

**TO THE CLERK OF COURT:**

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General

Insurance Company, and GEICO Casualty Co. (collectively, "GEICO" or "Plaintiffs") respectfully

request that the Clerk enter a default against Defendant Vida Medical Rehab Corp. ("Vida

Medical" or "Defendant"), pursuant to Federal Rule of Civil Procedure 55(a). Plaintiffs state as

follows in support of this motion:

1. Plaintiffs commenced this Action on November 11, 2025. See ECF No. 1.

2. Plaintiffs served the Summons and Complaint on Vida Medical on December 2,

2025, via service on Vida Medical's registered agent, Anakarla Reytor. See Summons Affidavit

with Proof of Service of the Complaint filed at ECF No. 28-2, as well as ¶ 3 of the Declaration of Max Gershenoff included with this filing as Exhibit "1".

3. Service of process on the Defendant was valid under Fla. Stat. § 48.031.

4. The Defendant's Answer or responsive pleading was due on December 23, 2025.

5. To date, the Defendant has not filed an Answer or responsive pleading to the Complaint.

6. Vida Medical is not a minor, incapacitated person, or member of the U.S. Armed Forces.

7. Accordingly, the Clerk should enter a default against the Defendant. A proposed Clerk's Default is included with this filing as Exhibit "2".

**WHEREFORE,** GEICO respectfully requests that the Clerk enter a default against the Defendant, Vida Medical Rehab Corp.

Dated: Jacksonville, Florida
   January 14, 2026

       _/s/ Max Gershenoff_
       Max Gershenoff (FBN 1038855)
       John P. Marino (FBN 814539)
       Lindsey R. Trowell (FBN 678783)
       Kristen Wenger (FBN 92136)
       RIVKIN RADLER LLP
       1301 Riverplace Blvd., 10th Floor
       Jacksonville, Florida 32207
       Phone: (904) 792-8925
       -and-
       926 RXR Plaza
       Uniondale, New York 11550
       Phone: (516) 357-3000
       Max.Gershenoff@rivkin.com
       John.Marino@rivkin.com
       Lindsey.Trowell@rivkin.com
       Kristen.Wenger@rivkin.com
       _Counsel for Plaintiffs_

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2026, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to the counsel

of record in this case.

/s/ Max Gershenoff
Attorney