**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


GOVERNMENT EMPLOYEES INSURANCE CO., et al.

CASE NUMBER
   1:25−cv−25241−BB

PLAINTIFF(S)

v.

MILLENIUM MEDICAL GROUP, CORP., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).


# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Vida Medical Rehab Corp.**

as of course, on the date January 15, 2026.

               **Angela E. Noble**
               CLERK OF COURT

               By  _/s/ *Nadhege Kah Augustin*_
               Deputy Clerk

cc:  Judge Beth Bloom
    Government Employees Insurance Co.

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)