UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-25241-BB

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

Plaintiffs,

-v-

MILLENIUM MEDICAL GROUP, CORP., DAMARYS
SUAREZ a/k/a DAMARYS QUIRIELLO, MICHEL
BORMEY GARCIA, M.D., SPINE & SPORT REHAB, INC.,
GIOVANNI RODRIGUEZ, ROY CHRISTY MUSOFF, M.D.,
VIDA MEDICAL REHAB CORP., PEDRO HERRERA
VILLAFRANCA, L.M.T., NESTOR FERNANDEZ, M.D.,
ACE MEDICAL & REHAB CENTER INC., YANIRMA
TOLEDO, LENSKY J. HERNANDEZ SANTIAGO, L.M.T.,
and NORINE DEL CARMEN ROSADO, M.D.,

Defendants.

_____/

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Millenium Medical Group, Corp. and Damarys Suarez a/k/a Damarys Quiriello (collectively the "Millenium Medical Defendants") that all claims asserted by Plaintiffs against the Millenium Medical Defendants in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

_/s/ **Max Gershenoff**_

Max Gershenoff, Esq.
Rivkin Radler, LLP
1301 Riverplace Blvd., Suite 1000
Jacksonville, FL 32207
Phone: (904) 792-8948
max.gershenoff@rivkin.com
*Counsel for Plaintiffs*

/s/ *Carlos Cruanes*

Carlos Cruanes, Esq.
Law Offices of Carlos Cruanes P.A.
815 NW 57th Avenue, Suite 401
Miami, FL 33126
E-mail: ccruanes@cruaneslaw.com
*Counsel for the Millenium Medical Defendants*