**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-25241-BLOOM/Elfenbein**

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO IDEMNITY CO., GEICO GENERAL
INURANCE COMPANY, and GEICO CASUALTY CO.,

      Plaintiffs,

v.

MILLENIUM MEDICAL GROUP, CORP., DAMARYS
SUAREZ a/k/a DAMARYS QUIRIELLO, MICHEL
BORMEY GARCIA, M.D., SPINE & SPORT REHAB, INC.,
GIOVANNI RODRIGUEZ, ROY CHRISTY MUSOFF, M.D.,
VIDA MEDICAL REHAB CORP., PEDRO HERRERA
VILLAFRANCA, L.M.T., NESTOR FERNANDEZ, M.D.,
ACE MEDICAL & REHAB CENTER INC., YANIRMA
TOLEDO, LENSKY J HERNANDEZ SANTIAGO, L.M.T.,
And NORINE DEL CARMEN ROSADO, M.D.,

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

      The mediation conference in this case shall be held on **May 28, 2026**, at **10:00 a.m.** with Eric Boughman via Zoom video conference. Each party shall provide the mediator a confidential summary of the case identifying the issues to be resolved no later than **May 14, 2026**. S.D. Fla. L.R. 16.2(d)(C).

      On or before **June 2, 2026**, the parties shall file a mediation report indicating whether all required parties participated in the mediation. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, whether the mediator declared an impasse, and whether participation was by video conference or in person. The parties may not reschedule the mediation without leave of court.

Case No. 25-cv-25241-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 20, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2