**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-25241-BLOOM/Elfenbein**

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO IDEMNITY CO., GEICO GENERAL
INURANCE COMPANY, and GEICO CASUALTY CO.,

     Plaintiffs,

v.

MILLENIUM MEDICAL GROUP, CORP., DAMARYS
SUAREZ a/k/a DAMARYS QUIRIELLO, MICHEL
BORMEY GARCIA, M.D., SPINE & SPORT REHAB, INC.,
GIOVANNI RODRIGUEZ, ROY CHRISTY MUSOFF, M.D.,
VIDA MEDICAL REHAB CORP., PEDRO HERRERA
VILLAFRANCA, L.M.T., NESTOR FERNANDEZ, M.D.,
ACE MEDICAL & REHAB CENTER INC., YANIRMA
TOLEDO, LENSKY J HERNANDEZ SANTIAGO, L.M.T.,
And NORINE DEL CARMEN ROSADO, M.D.,

     Defendants.

_____/

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT WITHOUT PREJUDICE**

     **THIS CAUSE** is before the Court upon the Stipulation of Dismissal with Prejudice as to

Defendant Norine del Carmen Rosado, ECF No. [67] ("Stipulation"), filed on February 4, 2026.

The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully

advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [67]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to Norine del
   Carmen Rosado only;

3. Each party shall bear its own attorneys' fees and costs;

Case No. 25-cv-25241-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 4, 2026

BETH BLOOM
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record